# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0321.  WILLIE  ANDERSON  v.  INLAND  AMERICAN  RETAIL MANAGEMENT COMPANY, LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED.  The Appellant may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of the State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/03/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*